IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 01341
(To be supplied by the court)

JOHN MOORE

_____, Plaintiff,

v. STATE OF COLORADO DEPARTMENT OF HEALTH AND HUMAN SERVICES

STATE DEPARTMENT,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s)

(List each named defendant on a separate line.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 10 2010

GREGORY C. LANGHAM
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2010

GREGORY C. LANGHAM
CLERK

COMPLAINT

1. I WAS TO GET PAID TO TAKE CARE OF MY MOM FOR 7 YEARS, HERE IS A TOTAL OF OF WHAT THAY OWE ME $9,793.99 AND HERE IS WHAT THAY OWE MY MOM BE FOR MY MOM PAST AWAY $14,953.66 AND THAY MUST PAY MY MOM FUNERAL BILL OF $2,700.00 THE DEPARTMENT OF HEALTH AND HUMAN SERVICES TOOK ADVANTAGE OF MY MOM AND ME AND THAY WOOD DISCRIMINAT AGAINST ME AND MY MOM SO THERE FOR THIS IS A FEDERIAL CASE.

(Rev. 07/06)